IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD N TAWE, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL NO. 2:17-CV-00028 |
| SUSANNA CORBETT, *et al*, | § § | |
| Defendants. | § § | |

# ORDER

The Court is in receipt of Defendant Susanna Corbett's ("Corbett") February 28, 2017, motion to dismiss, Dkt. No. 7; Defendants Kenneth Putnam, Jr. ("Putnam"), James A. McKee ("McKee"), and Michael E. Alsobrook's ("Alsobrook") March 9, 2017, motion to dismiss, Dkt. No. 8; Plaintiff's April 13, 2017, motion to amend, Dkt. No. 11; the June 8, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 13; Plaintiff's June 26, 2017, objection to the M&R, Dkt. No. 17; Plaintiff's December 13, 2017, motion for sanctions, Dkt. No. 20; and Plaintiff's December 13, 2017, motion for default judgment, Dkt. No. 21.

The Court reviews objected-to portions of a Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objections to the M&R are frivolous, conclusory, general, or contain no arguments that the M&R has not already considered. Dkt. No. 17; *see also Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections). After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R in its entirety. Dkt. No. 13. Thus, the Court **OVERRULES** Plaintiff's objection.

The Court hereby:

- **GRANTS** Corbett's motion to dismiss, Dkt. No. 7;
- **GRANTS** Putnam, McKee, and Alsobrook's motion to dismiss, Dkt. No. 8;

- **DENIES** Plaintiff's motion to amend, Dkt. No. 11;
- **DENIES AS MOOT** Plaintiff's motion for sanctions, Dkt. No. 20;
- **DENIES AS MOOT** Plaintiff's motion for default judgment, Dkt. No. 21; and
- **DISMISSES WITHOUT PREJUDICE** Plaintiff's action.

The Court will order entry of final judgment separately.

SIGNED this 1st day of March, 2018.

*(signature)*
Hilda Tagle
Senior United States District Judge