IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD N TAWE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-28 |
| | § | |
| SUSANNA CORBETT, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Plaintiff Richard N. Tawe's ("Tawe") Motion for Relief from Judgment, Dkt. No. 30; Defendants Kenneth M. Putnam, Jr. ("Putnam"), James A. McKee ("McKee"), and Michael E. Alsobrook's ("Alsobrook") Response in opposition to Tawe's motion for relief from judgment, Dkt. No. 31; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 32; and Tawe's objections to the M&R, Dkt. No. 35.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 32. Accordingly, the Court **DENIES** Tawe's motion for relief from judgment, Dkt. No. 30.

SIGNED this 27th day of August 2019.

_____
Hilda Tagle
Senior United States District Judge